IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JESSIE GLENN HARDIN | § | |
| VS. | § | CIVIL ACTION NO. 1:20cv519 |
| LEBLANC UNIT | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

Plaintiff Jessie Glenn Hardin, proceeding *pro se*, brought this civil rights lawsuit. The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge. The Magistrate Judge recommends that the lawsuit be dismissed without prejudice for lack of jurisdiction.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Proper notice was given to plaintiff at his last known address. *See* FED. R. CIV. P. 5(b)(2)(c). No objections were filed to the Report and Recommendation.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge (doc. no. 4) is **ADOPTED** as the opinion of the Court. A final judgment shall be entered in accordance with the recommendation of the Magistrate Judge.

**SIGNED this 12th day of April, 2021.**

Michael J. Truncale
United States District Judge